IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-00085-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| FREEMAN WHITTED | ) | |

Before the Court is Defendant Freeman Whitted's *pro se* Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). [DE 35]. The Court has learned that while this motion was pending, Defendant was released from custody on 29 May 2024. *See* https://www.bop.gov/inmateloc/ (last visited July 2, 2024). The Fourth Circuit has held that motions for compassionate release are moot when the movant has been released. *See United States v. Banks*, No. 21-6550, 2021 U.S. App. LEXIS 31869, at * 1 (4th Cir. Oct. 22, 2021); *United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, at *1 (4th Cir. July 26, 2023). Defendant's release from imprisonment thus precludes the Court from granting the relief sought in his motion—early release from imprisonment—because this Court now lacks lack subject-matter jurisdiction to hear this motion. The Court, therefore, DENIES Defendant's Motion for Compassionate Release [DE 35] WITHOUT PREJUDICE as MOOT

SO ORDERED, this 2 day of July 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE